IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLIE DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:94cv1253-MHT |
| GENERAL MOTORS ACCEPTANCE | ) | (WO) |
| CORPORATION and MOTORS | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Charlie Daniel's motion to reinstate (Doc. No. 56) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of August, 2007.

 /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**